## Notice and Motion to Dismiss
## Chapter 13 Proceeding

| **United States** | **For The Western** |
|---|---|
| **Bankruptcy Court** | **District of Madison** |

| IN RE: | Case Number |
|---|---|
| Robert D Baker | 10-18162-13 |
| Debtor | |

Standing Chapter 13 Trustee, William A. Chatterton brings on this motion and respectfully represents:

1. Debtor filed a petition for relief under chapter 13 of the United States Bankruptcy Code on November 4, 2010

2. The Trustee states that the debtor is in default under the terms of the plan in this case. The payments required by the plan have not been made and no showing has been made of any just cause for the default.  ALL PAYMENTS MUST BE SENT TO:  WILLIAM A. CHATTERTON, TRUSTEE, DEPT 5292, PO BOX 521, MILWAUKEE, WI 53201. Payments must be Money Orders or Cashiers checks unless sent directly from an employer.

3. As of December 20, 2010 the debtor is in default in the amount of :    $770.00

4. **In addition,** payments in the amount of    $770.00    are required monthly

WHEREFORE your movant requests an order directing the dismissal of the above-captioned chapter 13 proceeding.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before January 10, 2011** if you wish to contest this motion. Any objection or request for hearing that you file must be filed with the court and served on the trustee. If no objection or request for hearing is filed, the court shall grant the motion without a hearing and the case will be dismissed.

|  |  |
|---|---|
|  | /s/ |
| Dated: December 20, 2010 | William A. Chatterton |
|  | Standing Chapter 13 Trustee |

The Court's Address is:

United States Bankruptcy Court
120 N. Henry
PO Box 548
Madison, WI 53701-0548

This copy of notice and motion sent to:

United States Bankruptcy Court
120 N. Henry
PO Box 548
Madison, WI 53701-0548

**Affidavit of Service**
**Chapter 13 Proceeding**

| **United States** | **For The Western** |
|---|---|
| **Bankruptcy Court** | **District of Madison** |

IN RE:   Case Number

Robert D Baker   10-18162-13

   Debtor

*State of:* Wisconsin
*County of:* Dane

I, the undersigned, being first duly sworn on oath, depose and say that or December 20, 2010 I deposited in the U.S. Mail at the above captioned county and state, a true and correct copy of the notice and motion for dismissal to the following listed parties in envelopes with return addresses in case of non-delivery, unless parties are served thru the CM/ECF System sponsored by the Court.

United States Bankruptcy Court
120 N. Henry
PO Box 548
Madison, WI 53701-0548

Attorney KENNETH J DORAN
2101 FOX AVENUE
MADISON, WI 53711-1920

Robert D Baker
804 Vincent St. Apt. 3
Dodgeville  WI  53533

   /s/

Ann C. Hesse

Subscribed and sworn before me
on December 20, 2010

/s/   William A. Chatterton

Notary Public, Wisconsin

My commission ___ expires on : _____
              _X_ is permanent.