**THIS ORDER IS SIGNED AND ENTERED.**

Dated: January 20, 2011

_____
Hon. Robert D. Martin
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT | WESTERN DISTRICT OF WISCONSIN |
|---|---|

In re

Robert D. Baker,

        Debtor.

Case No. 3-10-18162-rdm

Order Disallowing Claim

The claim of CNH Capital, filed a claim as no. 4 in the court records, filed in the amount of $1,210.61 secured, is hereby disallowed, without prejudice to the filing of such unsecured claim as the creditor may prove.

      *             *            *